UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FOSTERS WINE ESTATES AMERICAS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>360 CELLARS, INC.,<br><br>    Defendant. | NO. CV-09-5091-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

   On March 24, 2010, Plaintiff filed a Motion for Voluntary Dismissal. (Ct. Rec. 4.)  Based on Plaintiff's motion, **IT IS HEREBY ORDERED**:

   1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice** and without fees and costs to any party.

   2. This file shall be closed.

   3. All pending motions are **DENIED** as moot.  All hearings are **STRICKEN**.

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide copies to counsel.

   **DATED** this   25th   day of March 2010.


                                    s/Edward F. Shea
                                   EDWARD F. SHEA
                            United States District Judge

Q:\Civil\2009\5091.Volunt.Dismiss.wpd

ORDER ~ 1